# United States Bankruptcy Court
## Middle District of Pennsylvania

In re John A. Harbaugh, Jr.          Case No. 1:18-bk-00486-HWV
       Amy L. Harbaugh,
            Debtors                    Chapter 13

Last four digits of Social-Security Nos.: 0118, 8727

### PRAECIPE FOR WITHDRAWAL AND ENTRY OF APPEARANCE

Please withdraw the appearance of James H. Turner, Esquire on behalf of Debtors in the above-captioned action.

Dated: 8/14/20             By: _____
                                                 James H. Turner, Esquire
                                                 915 N. Mountain Road, Ste D
                                                 Harrisburg, PA 17112
                                                 T: (717) 232-4551
                                                 F: (717) 232-2115

Please enter the appearance of Michael J. Krout, Esquire on behalf of Debtors in the above-captioned action.

Dated: 8-14-20            By: _____
                                                 Michael J. Krout, Esquire
                                                 1653 Rodney Road
                                                 York, PA 17408
                                                 T: (717) 850-2519
                                                 F: (717) 850-2523
                                                 mjkrout-law@comcast.net
                                                 Supreme Court No. 53810