UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOHN A. HARBAUGH, JR. : No. 1:18-bk-00486-HWV
and AMY L. HARBAUGH :
: Chapter 13
:

## MOTION TO CONVERT CASE TO CHAPTER 7

AND NOW, this 16th day of September, 2020, come the Debtors, John A. Harbaugh and Amy L. Harbaugh, by their attorney, Michael J. Krout, Esquire and file this Motion to Convert Case to Chapter 7 of which the following is a statement:

1. Movants are John A. Harbaugh and Amy L. Harbaugh, Debtors above-captioned.

2. Debtors initially filed their bankruptcy petition under Chapter 11 U.S.C. Chapter 13.

3. Debtors request the conversion of their case to Chapter 7.

Respectfully submitted,

By: _____
Michael J. Krout, Esquire
1653 Rodney Road
York, Pennsylvania 17408
(717) 850-2519
Supreme Court No. 53810

## CERTIFICATE OF SERVICE

I, Michael J. Krout, Esquire, 1653 Rodney Road, York, Pennsylvania, do hereby certify that on this 17th day of September 2020, I served a true and correct copy of Motion to Convert Case to Chapter 7 by depositing the same in the United States mail, First Class, postage prepaid, to all parties identified on the matrix and to:

Charles J. DeHart III<br>
PO Box 7005<br>
Lancaster, PA 17604

By: _____
Michael J. Krout, Esquire

Andrew R. Garcia
Bank of America
16001 North Dallas Pkwy
Addison, TX  75001-3311

John and Amy Harbaugh
25 Mountain Lane
Fairfield, PA  17320-8962

Michael J. Krout, Esquire
1653 Rodney Road
York, PA  17408

Phelan Hallinan & Schmieg LLP
One Penn Center
1617 JFK Boulevard, Ste. 1400
Philadelphia, PA  19103

PNC Bank
6 N. Main Street
Dayton, OH  45402

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541-1021

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT  84165-0250

United States Trustee
228 Walnut Street, Ste. 1190
Harrisburg, PA  17101-1722

Page 1