UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOHN A. HARBAUGH, JR. and AMY L. HARBAUGH | : : : : | No. 1:18-bk-00486-HWV<br>Chapter 13 |

## **ORDER**

And now this \_\_\_\_ day of _____, 2020, upon presentation of Debtors' Motion to Convert Case to Chapter 7,

IT IS HEREBY ORDERED that said motion is granted and Debtors are permitted to convert the Chapter 13 case to Chapter 7.

_____
J.