```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                          Case No. 18-00486-HWV
John A Harbaugh, Jr                                             Chapter 7
Amy L Harbaugh
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: AutoDocke          Page 1 of 2          Date Rcvd: Sep 18, 2020
                             Form ID: 309A            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2020.
```
db/jdb      +John A Harbaugh, Jr,    Amy L Harbaugh,   25 Mountain Lane,   Fairfield, PA 17320-8962
aty         +Andrew M. Lubin,    Milstead and Associates,   1 East Stow Road,   Marlton, NJ 08053-3118
aty         +Andrew Ryan Garcia,    Bank of America,   16001 North Dallas Pkwy,   Addison, TX 75001-3311
aty         +Brian Nicholas,    KML Law Group, P.C.,   701 Market Street,   Suite 5000,
              Philadelphia, PA 19106-1541
aty         +James Warmbrodt,    701 Market Street Suite 5000,   Philadephia, PA 19106-1541
aty         +Jerome B Blank,    Phelan Hallinan & Schmieg LLP,   One Penn Center,
              1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
aty         +Thomas Song,   Phelan Hallinan Diamond & Jones,    1617 JFK Boulevard,   Suite 1400,
              Suite 1400,    Philadelphia, PA 19103-1814
tr          +Lawrence V. Young (Trustee),    CGA Law Firm,   135 North George Street,   York, PA 17401-1132
5020473     +PNC,   6 N Main St,   Dayton, OH 45402-1908
5092814     +PNC Bank, N.A.,    Attn: Bankruptcy,   P.O. Box 94982,   Cleveland, OH 44101-4982
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: mjkrout-law@comcast.net Sep 18 2020 20:05:04    Michael J Krout,
              The Law Office of Michael J. Krout,    1653 Rodney Road,   York, PA 17408
ust         +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Sep 18 2020 20:05:36    United States Trustee,
              228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
cr           EDI: BANKAMER.COM Sep 18 2020 23:53:00    BANK OF AMERICA, N.A.,   PO BOX 31785,
              TAMPA, FL  33631-3785
5047333      EDI: BANKAMER.COM Sep 18 2020 23:53:00    BANK OF AMERICA, N.A.,   Bank of America,
              PO BOX 31785,   Tampa FL 33631-3785
5020472     +EDI: BANKAMER.COM Sep 18 2020 23:53:00    Bank of America,   7105 Corporate Drive,
              Plano, TX 75024-4100
5199972     +E-mail/Text: jennifer.chacon@spservicing.com Sep 18 2020 20:06:00    MEB Loan Trust,
              c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250,
              MEB Loan Trust,    c/o Select Portfolio Servicing, Inc. 84165-0250
5199971      E-mail/Text: jennifer.chacon@spservicing.com Sep 18 2020 20:06:00    MEB Loan Trust,
              c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
5020830     +EDI: PRA.COM Sep 18 2020 23:53:00    PRA Receivables Management, LLC,   PO Box 41021,
              Norfolk, VA 23541-1021
                                                                                              TOTAL: 8
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            BANK OF AMERICA, N.A.
cr*           BANK OF AMERICA, N.A.,   PO Box 31785,   TAMPA, FL  33631-3785
cr*           BANK OF AMERICA, N.A.,   PO BOX 31785,   TAMPA, FL  33631-3785
cr*           BANK OF AMERICA, N.A.,   PO BOX 31785,   TAMPA, FL  33631-3785
cr*           BANK OF AMERICA, N.A.,   PO BOX 31785,   TAMPA, FL  33631-3785
cr*           Bank of America, N.A.,   PO BOX 31785,   TAMPA, FL  33631-3785
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                            TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2020 at the address(es) listed below:
```
         Andrew M. Lubin    on behalf of Creditor    MEB Loan Trust alubin@milsteadlaw.com
         Brian Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bnicholas@kmllawgroup.com
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
         Jerome B Blank    on behalf of Creditor    Bank Of America, N.A. pamb@fedphe.com
```

```
District/off: 0314-1           User: AutoDocke           Page 2 of 2                    Date Rcvd: Sep 18, 2020
                               Form ID: 309A             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Lawrence V. Young (Trustee)   lyoung@cgalaw.com,
           pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
          Michael J Krout   on behalf of Debtor 2 Amy L Harbaugh mjkrout-law@comcast.net
          Michael J Krout   on behalf of Debtor 1 John A Harbaugh, Jr mjkrout-law@comcast.net
          Thomas  Song   on behalf of Creditor   Bank Of America, N.A. pamb@fedphe.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

| | | | |
|---|---|---|---|
| Information to identify the case: | | | |
| Debtor 1: | John A Harbaugh Jr<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–0118 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | Amy L Harbaugh<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–8727 |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed in chapter: | 13  2/6/18 |
| Case number: | 1:18–bk–00486–HWV | Date case converted to chapter: | 7  9/18/20 |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   09/19

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | John A Harbaugh Jr | Amy L Harbaugh |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 25 Mountain Lane<br>Fairfield, PA 17320 | 25 Mountain Lane<br>Fairfield, PA 17320 |
| 4. | **Debtor's attorney**<br>Name and address | Michael J Krout<br>The Law Office of Michael J. Krout<br>1653 Rodney Road<br>York, PA 17408 | Contact phone 717–850–2519<br><br>Email: mjkrout–law@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Lawrence V. Young (Trustee)<br>CGA Law Firm<br>135 North George Street<br>York, PA 17401 | Contact phone 717 848–4900<br><br>Email: lyoung@cgalaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 | Hours open: <br> Monday – Friday 9:00 AM to 4:00 PM <br><br> Contact phone (717) 901–2800 <br><br> Date: 9/18/20 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 28, 2020 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> ***Valid photo identification and proof of social security number are required*** | Location: <br><br> **341 meeting will be held telephonically, refer to the call–in instructions.** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/27/20** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

Case 1:18-bk-00486-HWV    Doc 50    Filed 09/20/20    Entered 09/21/20 00:28:07    Desc <br> Imaged Certificate of Notice    Page 4 of 4