```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 18-00486-HWV
John A Harbaugh, Jr                                                 Chapter 7
Amy L Harbaugh
         Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: AutoDocke           Page 1 of 1           Date Rcvd: Sep 18, 2020
                               Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2020.
db/jdb         +John A Harbaugh, Jr,   Amy L Harbaugh,   25 Mountain Lane,   Fairfield, PA 17320-8962

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor    MEB Loan Trust alubin@milsteadlaw.com
          Brian  Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bnicholas@kmllawgroup.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Jerome B Blank    on behalf of Creditor    Bank Of America, N.A. pamb@fedphe.com
          Michael J Krout    on behalf of Debtor 2 Amy L Harbaugh mjkrout-law@comcast.net
          Michael J Krout    on behalf of Debtor 1 John A Harbaugh, Jr mjkrout-law@comcast.net
          Thomas  Song    on behalf of Creditor    Bank Of America, N.A. pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOHN A. HARBAUGH, JR.  : No. 1:18-bk-00486-HWV
and AMY L. HARBAUGH  :
: Chapter 13
:

### ORDER

Upon presentation of Debtors' Motion to Convert Case to Chapter 7,

IT IS HEREBY ORDERED that said motion is granted and Debtors are permitted to convert the Chapter 13 case to Chapter 7.

Dated: September 18, 2020      By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (MK)