Certificate Number: 15111-PAM-DE-035024232

Bankruptcy Case Number: 18-00486



15111-PAM-DE-035024232

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 26, 2020</u>, at <u>10:24</u> o'clock <u>PM EDT</u>, <u>John A Harbaugh Jr.</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>October 27, 2020</u>　　　By: <u>/s/Ryan McDonough</u>

　　　　　　　　　　　　　　　Name: <u>Ryan McDonough</u>

　　　　　　　　　　　　　　　Title: <u>Executive Director of Education</u>