Certificate Number: 15111-PAM-DE-035024233

Bankruptcy Case Number: 18-00486


15111-PAM-DE-035024233

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>October 26, 2020</u>, at <u>10:24</u> o'clock <u>PM EDT</u>, <u>Amy L Harbaugh</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>October 27, 2020</u>             By:   <u>/s/Ryan McDonough</u>

Name:  <u>Ryan McDonough</u>

Title:  <u>Executive Director of Education</u>