Fill in this information to identify the case:

Debtor 1 __John__ __A__ __Harbaugh__
            First Name      Middle Name      Last Name

Debtor 2 __Amy__ __L__ __Harbaugh__
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: __Middle District of Pennsylvania__

Case number __18-00486__
(If known)

# Official Form 423
## Certification About a Financial Management Course         12/15

If you are an individual, you must take an approved course about personal financial management if:
- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.

- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

### Part 1: Tell the Court About the Required Course

You must check one:

[X] **I completed an approved course in personal financial management:**

    Date I took the course     __10/26/2020__
                                      MM / DD / YYYY

    Name of approved provider   __BE Adviser, LLC__

    Certificate number           __15111-PAM-DE-035024232__

[ ] **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

    [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    [ ] **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

    [ ] **Active duty.** I am currently on active military duty in a military combat zone.

    [ ] **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2: Sign Here

I certify that the information I have provided is true and correct.

__/s/ John A Harbaugh Jr.__          __John A Harbaugh Jr.__       Date __10/27/2020__
Signature of debtor named on certificate        Printed name of debtor                       MM / DD / YYYY

Official Form 423          Certification About a Financial Management Course

Certificate Number: 15111-PAM-DE-035024232

Bankruptcy Case Number: 18-00486


15111-PAM-DE-035024232

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 26, 2020</u>, at <u>10:24</u> o'clock <u>PM EDT</u>, <u>John A Harbaugh Jr.</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>October 27, 2020</u>　　　By: <u>/s/Ryan McDonough</u>

　　　　　　　　　　　　　　　　Name: <u>Ryan McDonough</u>

　　　　　　　　　　　　　　　　Title: <u>Executive Director of Education</u>

Fill in this information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1 | John | A | Harbaugh |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Amy | L | Harbaugh |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number 18-00486
(If known)

# Official Form 423
## Certification About a Financial Management Course 12/15

If you are an individual, you must take an approved course about personal financial management if:
- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

### Part 1: Tell the Court About the Required Course

You must check one:

[X] **I completed an approved course in personal financial management:**

Date I took the course    10/26/2020
                          MM / DD / YYYY

Name of approved provider    BE Adviser, LLC

Certificate number    15111-PAM-DE-035024233

[ ] **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

[ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

[ ] **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

[ ] **Active duty.** I am currently on active military duty in a military combat zone.

[ ] **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2: Sign Here

I certify that the information I have provided is true and correct.

/s/ Amy L Harbaugh                    Amy L Harbaugh                    Date 10/27/2020
Signature of debtor named on certificate    Printed name of debtor              MM / DD / YYYY

Official Form 423    Certification About a Financial Management Course

Certificate Number: 15111-PAM-DE-035024233

Bankruptcy Case Number: 18-00486


15111-PAM-DE-035024233

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 26, 2020</u>, at <u>10:24</u> o'clock <u>PM EDT</u>, <u>Amy L Harbaugh</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>October 27, 2020</u>　　　By: <u>/s/Ryan McDonough</u>

　　　　　　　　　　　　　　　　Name: <u>Ryan McDonough</u>

　　　　　　　　　　　　　　　　Title: <u>Executive Director of Education</u>