United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                 Case No. 18-00486-HWV
John A Harbaugh, Jr                         Chapter 7
Amy L Harbaugh
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                      User: AutoDocke                          Page 1 of 2
Date Rcvd: Feb 26, 2021             Form ID: fnldec                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

**Recip ID**           **Recipient Name and Address**
db/jdb               +   John A Harbaugh, Jr, Amy L Harbaugh, 25 Mountain Lane, Fairfield, PA 17320-8962

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason**     **Name and Address**
aty                                          CGA Law Firm

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2021                            Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:

**Name**                            **Email Address**

Andrew M. Lubin
                              on behalf of Creditor MEB Loan Trust alubin@milsteadlaw.com

Brian Nicholas
                              on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

James Warmbrodt
                              on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

Jerome B Blank
                              on behalf of Creditor Bank Of America N.A. pamb@fedphe.com

| | |
|---|---|
| Lawrence V. Young | on behalf of Trustee Lawrence V. Young (Trustee) lyoung@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com |
| Lawrence V. Young (Trustee) | lyoung@cgalaw.com pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Michael J Krout | on behalf of Debtor 2 Amy L Harbaugh mjkrout-law@comcast.net |
| Michael J Krout | on behalf of Debtor 1 John A Harbaugh Jr mjkrout-law@comcast.net |
| Thomas Song | on behalf of Creditor Bank Of America N.A. pamb@fedphe.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| John A Harbaugh Jr,<br>**Debtor 1**<br>Amy L Harbaugh,<br>**Debtor 2** | Chapter 7<br>Case No. 1:18−bk−00486−HWV |

Social Security No.:
    xxx−xx−0118  xxx−xx−8727

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

      **Lawrence V. Young (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: February 26, 2021     By the Court,

                Honorable Henry W. Van Eck
                Chief Bankruptcy Judge
                By: ChristopherGambini, Deputy Clerk

**fnldec** (10/20)